AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JUAN ARGUETA MARQUEZ,<br><br>Defendant(s) | )<br>)<br>) Case No. 3:18MJ151<br>)<br>)<br>)<br>) |

F I L E D
AUG 3 1 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 14, 2017__ in the county of __Richmond__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1542 | False statement in a passport application |
| 18 U.S.C. Section 1546 | Fraud and misuse of visas, permits, and other documents |
| 18 U.S.C. Section 911 | False claim to citizenship |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

D.S.S. S.A. Michael Hubert
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/31/2018

City and state: Richmond, VA

/s/ _____
Roderick C. Young
United States Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 318 MJ151 |
| ) | |
| JUAN ARGUETA MARQUEZ, ) | UNDER SEAL |
| ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Michael Hubert, a Special Agent with the Diplomatic Security Service ("DSS"), Washington Field Office, being duly sworn, depose and state the following:

1. I have been a Special Agent with DSS since October 2017. I am presently assigned to the Washington Field Office, where I investigate passport and visa fraud. I have received training in performing criminal investigations at the Federal Law Enforcement Training Center and specialized training regarding passport and visa fraud from the Diplomatic Security Training Center. As a Special Agent, I am authorized to investigate violations of the laws of the United States and I am a law enforcement officer with authority to execute warrants issued under the authority of the United States.

2. The facts and information contained in this affidavit are based upon my personal knowledge of the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me, were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government.

3. I make this affidavit in support of a criminal complaint and arrest warrant charging Juan Argueta Marquez, for violations of Title 18, United States Code, Section 1542 (False statement in a passport application), Title 18 United States Code, Section 1546 (Fraud and misuse of visas, permits, and other documents), and Title 18 United States Code, Section 911 (False claim to citizenship).

4. Based on the DSS investigation, there is probable cause that Juan Argueta Marquez, did

1

knowingly and unlawfully make false statements in an application for a United States passport, with the intent to secure issuance of such passport, in violation of 18 United States Code, Section 1542. Specifically, I have obtained evidence that Juan Argueta Marquez knowingly falsified a passport application by using a counterfeit Permanent Residence Card (PRC) and falsely claimed to be a United States Citizen on the application during execution.

5. On February 14, 2017 passport applications #xxxxxxx75 and #xxxxxxx76 were submitted on behalf of "K.Y.D.-A." and "A.A.D." by their purported parents at the Lakeside Post Office in Richmond, Virginia, in the Eastern District of VA. Purported father Juan Argueta MARQUEZ was present at the time of execution, offered a Permanent Resident Card (PRC), with the Alien number xxxxxx254, as his proof of identity, and claimed US Citizenship on the passport application. The applicant swore to the veracity of, and signed the application, authorizing the United States Department of State to issue a U.S. Passport to his two children.

6. At the time each passport application was executed, the Acceptance Agent identified that the PRC was counterfeit due to the appearance of incorrect security features on the card which triggered an investigation by the Department of State.

7. Person Centric Query checks show the Alien Number (A#xxxxxx254) serialized on the PRC card submitted by Juan Argueta Marquez, is not associated with him and instead belongs to "V.D.". A search on the Juan Argueta Marquez's full name and DOB returned A#xxxxxx986. Additionally, USCIS reviewed a copy of the PRC and determined the receipt number on the document (WAC0xxxxxx597) does not exist in the USCIS system and that it appears to be completely fabricated.

8. On June 23, 2017, Special Agents with DSS assigned to the Philadelphia Resident Office interviewed "V.D." and confirmed that the Alien Number presented by Juan Argueta MARQUEZ on the counterfeit PRC was in fact assigned to "V.D."

9. Consular Consolidated Database records show that the last action on Juan Argueta Marquez's Alien Number was on February 6, 2008 when a notice was sent to him indicating that his petition for asylum was denied. The counterfeit PRC presented with the passport applications falsely claimed an issuance of September 2, 2008.

10. Juan Argueta Marquez has violated Title 18, United States Code, Section 1542 (False statement in a passport application), Title 18 United States Code Section 1546 (Fraud and misuse of visas, permits, and other documents), and Title 18 United States Code Section 911 (False claim to citizenship), in that he made false statements in an application for a United States Passport by representing himself as having current legal alien status and making claims to being a U.S. Citizen, and while knowing said statements to be false, he willfully and knowingly used a forged identification to aid the unlawful activity with the intent to secure the issuance of a passport pursuant to the rules prescribed pursuant to such laws under the authority of the United States.

11. Wherefore, I respectfully request that this Court issue a criminal complaint charging Juan Argueta Marquez with violations of Title 18, United States Code, Section 1542 (False statement in a passport application), Title 18 United States Code Section 1546 (Fraud and misuse of visas, permits, and other documents) and Title 18 United States Code Section 911 (False claim to citizenship), and an arrest warrant for Juan Argueta Marquez.

_____
Michael Hubert
Special Agent, DSS

Sworn and subscribed to before me August 31, 2018, at Richmond, Virginia.

_____
/s/
Roderick C. Young
United States Magistrate Judge

3