CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: NOVAK  DOCKET NO. 3:18MJ151 (DJN)
REPORTER: FTR  DATE: 9-6-18

UNITED STATES OF AMERICA  COUNSEL
v.
1. JUAN ARGUETA MARQUEZ  1. _____
MANUAL PRADO, Spanish Interpreter

APPEARANCES: GOVERNMENT S. DAVID SCHILLER (✓)
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

BAIL STATUS: DEFENDANT ON BOND ( ) DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

TYPE OF PROCEEDINGS: INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE VIOLATION: PROBATION ( ) PRETRIAL ( )

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING PROCEEDINGS:
DATE OF ARREST: _____  GOVT'S MOTION TO UNSEAL (✓) GRANTED
INITIAL APPEARANCE (✓)
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
COURT SUMMARIZED CHARGES (✓) DEFT. ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL (✓)
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION (✓)
DEFT REMANDED (✓) DETENTION HEARING SET: _____

Carolyn V. Grady, AFPD present

PRELIMINARY HEARING PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____

DETENTION HEARING PROCEEDINGS:
GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
DEFENDANT RELEASED ON PR BOND ( ) ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) _____

CASE CONTINUED TO: SEPTEMBER 11, 2018 AT 3:00 P.M. FOR Detention/Prel

CASE SET: BEGAN: 2:08  ENDED: 2:14  TIME IN COURT: 5